IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SANDRA ZELASCO,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **08-366-MJR** |
| **RODOLFO COMERIO, et al.,** | ) ) ) |
| Defendants. | ) |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is Defendant Harburg-Freudenberger Maschinenbau GmbHs' Motion to Compel Discovery Responses. **(Doc. 51)**.

Plaintiff has not responded to the Motion, and the time for doing so has now expired. The failure to respond is considered to be an admission of the merits of the motions, pursuant to **SDIL-LR 7.1(g)**.

Notwithstanding plaintiff's failure to respond, the court has reviewed her objections to defendant's interrogatories, and finds that they are without merit. Plaintiff's deposition is scheduled for December 30, 2008. Defendant is entitled to receive her answers in sufficient time to permit counsel to review them before the deposition.

Upon consideration and for good cause shown, Defendant Harburg-Freudenberger Maschinenbau GmbHs' Motion to Compel Discovery Responses **(Doc. 51)** is **GRANTED**. Plaintiff is **ordered** to serve full and complete answers to defendant's interrogatories numbered 9, 10, 11, 21 and 22 before 12:00 p.m. on **December 29, 2008.**

**IT IS SO ORDERED.**

DATED: December 22, 2008.    s/ Clifford J. Proud
                                                      **CLIFFORD J. PROUD**
                                                      **UNITED STATES MAGISTRATE JUDGE**